**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 3:21-cr-0006 |
| | ) |
| **KEVIN PEREZ ESTEVEZ,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**ORDER**

**BEFORE THE COURT** is the Report and Recommendation of the magistrate judge recommending that the Court accept Kevin Perez Estevez' ("Estevez") plea of guilty to Counts One and Two of the Information, charging violations of 18 U.S.C. §§ 1349, 1028A(a)(1). (ECF No. 33.) After conducting a *de novo* review of the record and pursuant to Rule 11 of the Federal Rules of Criminal Procedure, the Court finds that Defendant Estevez entered his guilty plea knowingly and voluntarily, and that there was a factual basis for the plea. The Court, therefore, will adopt the Report and Recommendation and find Estevez guilty as to Counts One and Two of the Information. Accordingly, it is hereby

**ORDERED** that the Report and Recommendation (ECF No. 33) is **ADOPTED;** it is further

**ORDERED** that Defendant Estevez' plea of guilty as to Counts One and Two of the Information is **ACCEPTED,** and that Defendant Estevez is adjudged **GUILTY** on those counts; it is further

**ORDERED** that, pursuant to Fed. R. Crim. P. 32(c)(1)(A), the U.S. Probation Office shall conduct a presentence investigation for the preparation of a presentence report; it is further

**ORDERED** that the U.S. Probation Office shall disclose the preliminary presentence report to the parties no later than July 22, 2021; it is further

**ORDERED** that the parties shall submit any objections or corrections to the preliminary presentence report to the U.S. Probation Office no later than August 5, 2021; it is further

**ORDERED** that the U.S. Probation Office shall disclose the final presentence report to the parties and the Court no later than August 19, 2021; it is further

**ORDERED** that the parties shall file their sentencing memoranda no later than September 2, 2021; it is further

**ORDERED** that a sentencing hearing shall be held on Thursday, September 9, 2021, at 10:00 a.m. in St. Thomas Courtroom No. 1.

**Date:** May 20, 2021　　　　　　　　　　　　　　　/s/ *Robert A. Molloy*
　　　　　　　　　　　　　　　　　　　　　　　　**ROBERT A. MOLLOY**
　　　　　　　　　　　　　　　　　　　　　　　　**Chief Judge**